# EXHIBIT A

FILE HASHES FOR IP ADDRESS 76.201.89.225
ISP UTILIZED: AT&T

| Date Observed UTC | File Name | File Hash | BitTorrent Client | Session Duration |
|---|---|---|---|---|
| 08/02/2013 16:37:14 UTC | Creampie Young Girls 1 | 840DCF35EA1B0EA81724D0385604461FDF532606 | BitTorrent 7.2.1 | 146 seconds |
| 08/02/2013 15:57:44 UTC | Creampie Young Girls 2 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | BitTorrent 7.2.1 | 156 seconds |
| 08/03/2013 00:37:16 UTC | Creampie Young Girls 3 | 7A3714852FF1BB3B5C61207FC342E913DF5344D8 | BitTorrent 7.2.1 | 132 seconds |

Total Copyrights Infringed: 3